**Name:** BARLA MESSINA
**Case Number:** 12-53905
**Filing Date:** 12/18/12
**Payments in POC:** 4 installments (8/01/2012 to 11/01/2012) @ $1,159.26
**First Post Due Date:** 01/01/13

| Date | Amount Received | Payment Applied (P&I) and Escrow | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance | Applied To | Post Petition Amount Due | Past Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/13 | $ 1,200.00 | | | | $ 1,200.00 | 1,200.00 | | | $ 1,200.00 | |
| 02/07/13 | | 1,159.26 | | | $ (1,159.26) | 40.74 | 01/01/13 | $ 1,155.85 | 44.15 | |
| 02/13/13 | $ 1,159.26 | 1,159.26 | | | $ - | 40.74 | 02/01/13 | $ 1,155.85 | 47.56 | |
| 02/13/13 | $ 15.74 | - | | | $ 15.74 | 56.48 | | | 63.30 | |
| 03/29/13 | $ 1,175.00 | 1,159.26 | | | $ 15.74 | 72.22 | | | 82.45 | |
| 05/02/13 | $ 65.74 | | | | $ 65.74 | 137.96 | | | 148.19 | |
| 05/02/13 | $ 1,159.26 | 1,159.26 | | | $ - | 137.96 | 03/01/13 | $ 1,155.85 | 151.60 | |
| 07/03/13 | $ 69.15 | | | | $ 69.15 | 207.11 | | | 220.75 | |
| 07/03/13 | $ 1,155.85 | 1,155.85 | | | $ - | 207.11 | 04/01/13 | $ 1,155.85 | 220.75 | |
| 07/23/13 | $ 1,155.85 | 1,155.85 | | | $ - | 207.11 | 05/01/13 | $ 1,155.85 | 220.75 | |
| 07/23/13 | $ 44.15 | | | | $ 44.15 | 251.26 | | | 264.90 | |
| 08/02/13 | $ 1,155.85 | 1,155.85 | | | $ - | 251.26 | 06/01/13 | $ 1,155.85 | 264.90 | |
| 08/02/13 | $ 69.15 | | | | $ 69.15 | 320.41 | | | 334.05 | |
| 10/02/13 | $ 1,155.85 | 1,155.85 | | | $ - | 320.41 | 07/01/13 | $ 1,155.85 | 334.05 | |
| 10/02/13 | $ 69.15 | | | | $ 69.15 | 389.56 | | | 403.20 | |
| 10/18/13 | $ 1,155.85 | 1,155.85 | | | $ - | 389.56 | 08/01/13 | $ 1,155.85 | 403.20 | |
| 10/18/13 | $ 119.15 | | | | $ 119.15 | 508.71 | | | 522.35 | |
| 01/09/14 | $ 1,155.85 | 1,155.85 | | | $ - | 508.71 | 09/01/13 | $ 1,155.85 | 522.35 | |
| 01/09/14 | $ 244.15 | | | | $ 244.15 | 752.86 | | | 1,671.20 | |
| 02/05/14 | $ 1,155.85 | 1,155.85 | | | $ - | 752.86 | | | 1,917.35 | |
| 02/05/14 | $ 94.15 | | | | $ 94.15 | 847.01 | | | 3,137.35 | |
| 03/04/14 | $ 1,155.85 | 1,155.85 | | | $ - | 847.01 | | | 4,334.20 | |
| 03/04/14 | $ 69.15 | | | | $ 69.15 | 916.16 | | | 4,397.35 | |
| 04/02/14 | $ 1,020.35 | | | | $ 1,020.35 | 1,936.51 | | | 5,417.70 | |
| 04/02/14 | $ 204.65 | | | | $ 204.65 | 2,141.16 | | | 5,622.35 | |
| 04/02/14 | $ 250.00 | | | | $ 250.00 | 1,235.31 | | | 5,622.35 | |
| 04/08/14 | $ 1,155.85 | 1,155.85 | | | $ (1,155.85) | 79.46 | | | 5,871.35 | |
| 04/15/14 | $ 1,020.35 | | | | $ 1,020.35 | 1,099.81 | | | 6,891.70 | |
| 05/02/14 | $ 204.65 | | | | $ 204.65 | 1,304.46 | | | 7,097.35 | |
| 05/02/14 | $ 1,155.85 | 1,155.85 | | | $ (1,155.85) | 148.61 | | | 7,097.35 | |
| 05/14/14 | $ 125.00 | | | | $ 125.00 | 273.61 | | | 7,222.35 | |
| 05/21/14 | $ 150.00 | | | | $ 150.00 | 423.61 | | | 7,372.35 | |

| From Date | To Date | Payment Changes Amount | Escrow / Payment |
|---|---|---|---|
| | | | |

EXHIBIT G