IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: § | | Chapter 13 Proceedings |
| § | | |
| DARLA SHAWN MESSINA § | | |
| Debtor(s) § | | CASE NO. 12-53905-rbk |

**MOTION TO MODIFY IN RESPONSE TO TRUSTEE'S MOTION TO DISMISS
AND
THIRD REQUEST FOR ADDITIONAL ATTORNEY'S FEES**

--------------------

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
---
**IF YOU OBJECT TO THIS MOTION TO MODIFY PLAN, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE COURT WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF SERVICE OF THIS MOTION. IF AN OBJECTION IS FILED, THEN A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 5, 2015 AT 9:30 A.M. FAILURE TO FILE A TIMELY OBJECTION OR TO APPEAR AT THE HEARING MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED.**

1.  This is Debtor's (so denominated whether individual or joint) above-entitled Motion and for cause would show as follows:

2.  This Court has jurisdiction to determine this motion pursuant to 28 U.S.C. §§ 157 and 1334.

3.  Debtor filed a Chapter 13 Bankruptcy case on December 18, 2012. The Chapter 13 plan was confirmed on February 6, 2013.

4.  Debtor has fallen behind on Debtor's plan payments as Debtor is an independent contractor court reporter. As such, collections and work volume are variable and not always steady. Debtor is doing well now and believes she will be able to continue to fund this 100 % plan.

5.  So as to meet the requirements of 11 U.S.C. §1325(a)(4), Debtor's Chapter 13 plan payment will increase from $960.00 per month to $1,118.00 per month to commence November 2015. This modification will cure the Chapter 13 plan arrearage that exists as of October 2015.

The secured and priority creditors will be paid or dealt with as follows: Internal Revenue Service to be paid pro-rata, and the Law Offices of Joseph W. Shulter to be paid $100.00 per month (administrative priority fees).

6. All priority and secured creditors will be paid in full with a dividend of approximately 100% to unsecured creditors, which is more than unsecured creditors would receive if this case were converted to Chapter 7. This modification is not expected to extend the plan beyond sixty months from the date of confirmation. From the date of confirmation and as of the date of this motion, with payment re-commencing November 2015, there are twenty-eight payments remaining to be made under Debtor's plan.

7. Debtor's amended schedules I and J are filed as a separate document with the court. In accordance with Local Rules, the proposed form of order follows this motion.

8. Debtor's counsel, the Law Offices of Joseph W. Shulter, requests additional attorney's fees for the preparation and defense of this motion in the amount of $750.00, (the tasks supporting which were not anticipated in the original attorney's fees), to be paid as an administrative priority expense. Debtor's prior attorney requested $3,200.00 in attorney fees for the preparation and filing of the Debtor's Chapter 13 case. Debtor's prior attorney has received $1,750.00 in attorney's fees for the preparation and filing of prior motions and documents to assist Debtor. There are no attorney's fees remaining to be paid at the time of the filing of this Motion.

9. Therefore, Debtor requests that the Court approve this motion. Debtor requests such other and further relief as to which Debtor may be entitled.

        LAW OFFICES OF
        JOSEPH W. SHULTER, PLLC
        900 N.E. Loop 410, Suite D-410
        San Antonio, TX 78209
        210-344-4040
        Fax: 210-822-2685

By:_____s/_____
    JOSEPH W. SHULTER
    State Bar No. 18322800
    jshulter@sabankruptcylaw.com

    LEIGH ANN TOGNETTI
    State Bar No. 24083975
    latognetti@sabankruptcylaw.com
    Attorneys for Debtor

## CERTIFICATE OF SERVICE

On October 12, 2015 a copy of this motion was sent to the following listed parties in interest as well as those listed on the attached matrix by electronic notification or regular mail.

(no additional, see matrix)

_____s/_____
JOSEPH W. SHULTER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 12-53905-rbk<br>Western District of Texas<br>San Antonio<br>Thu Jun 18 12:35:01 CDT 2015 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Account Services Colls<br>1802 Ne Loop 410 Ste 400<br>San Antonio, TX 78217-5298 |
| Aspire/cb&t<br>Pob 105555<br>Atlanta, GA 30348-5555 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of The West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 |
| Bank of America N.A.<br>Codilis & Stawiarski P.C.<br>ATTN: BANKRUPTCY DEPARTMENT<br>650 North Sam Houston Parkway<br>Suite 450<br>Houston, TX 77060-5908 | Bexar County<br>c/o Don Stecker<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 | Bk Of Amer<br>Attn: Correspondence Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| CMI Credit Mediators<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase Mht Bk<br>Attention: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| Conns Credit Corp<br>Box 2358<br>Beaumont, TX 77704-2358 | Darla Shawn Messina<br>415 Devonshire Dr<br>San Antonio, TX 78209-4211 | Davis Law Firm<br>909 N.E. Loop 410, Ste. 100<br>San Antonio, Texas 78209-1315 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Diversified Credit Sys<br>706 Glencrest Lnste A<br>Longview, TX 75601 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Financial Control Svc<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710-7804 |
| First Credit Services, Inc.<br>One Woodbridge Center, Suite 410<br>Woodbridge, NJ 07095-1151 | GEMB / HH Gregg<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | GEMB/ Dillards<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Gold's Gym International<br>125 E. John Carpenter Freeway #1300<br>Irving, TX 75062-2366 | Higher Educ Svc Corp<br>4381 W Green Oaks Blvd S<br>Arlington, TX 76016-4452 | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

```
J.C. Christensen & Assoc.              J.C. Christensen & Associates, Inc.    (p)JEFFERSON CAPITAL SYSTEMS LLC
P.O. Box 519                           P.O. Box 519                           PO BOX 7999
Sauk Rapids, MN 56379-0519             Sauk Rapids, MN 56379-0519             SAINT CLOUD MN 56302-7999


Kothmann Pet Hospital                  Leading Edge Recovery Solutions        Leading Edge Recovery Solutions, LLC
1051 Austin Hwy                        P.O. Box 129                           5440 N Cumberland Ave Ste 300
San Antonio, TX 78209-4729             Linden MI 48451-0129                   Chicago, IL 60656-1486


Methodist Stone Oak Hosp               (p)NATIONSTAR MORTGAGE LLC             Nationstar Mortgage, LLC
Resurgent Capital Services             PO BOX 619096                          PO Box 619094
PO Box 1927                            DALLAS TX 75261-9096                   Dallas, TX 75261-9094
Greenville, SC 29602-1927


Nelson, Watson & Associates, LLC       (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Professional Bureau of Collections, Inc.
80 Merrimack Street Lower Level        PO BOX 41067                           P.O. Box 628
Haverhill, MA 01830-5211               NORFOLK VA 23541-1067                  Elk Grove, CA 95759-0628


Rausch, Strum, Isreal, Enerson & Hornik   Riley & Riley                       Sams Club / GEMB
15851 N Dallas Pkwy, Ste 245              320 Lexington Ave.                  Attention: Bankruptcy Department
Addison, TX 75001-6031                    San Antonio, TX 78215-1913          PO box 103104
                                                                              Roswell, GA 30076-9104


San Antonio Credit Uni                 San Antonio Credit Union               San Antonio Federal Credit Union
Attn: Bankruptcy                       c/o William P. Weaver Jr.              c/o West & West Attorneys
PO Box 1356                            512 Heimer Rd.                         2929 Mossrock, Suite 204
San Antonio, TX 78295-1356             San Antonio, Texas 78232-5108          San Antonio, TX 78230-5116


Sarma Coll                             TARGET NATIONAL BANK                   TD Bank USA, N.A.
1801 Broadway St                       C O WEINSTEIN AND RILEY, PS            c/o Weinstein & Riley, P.S.
San Antonio, TX 78215-1227             2001 WESTERN AVENUE, STE 400           2001 Western Ave., Ste. 400
                                       SEATTLE, WA 98121-3132                 Seattle, WA 98121-3132


Tnb-Visa (TV) / Target                 United States Attorney                 United States Attorney
C/O Financial & Retail Services        Taxpayer Division                      Vet.Admin./Fed. Housing Admin.
Mailstop BV   P.O.Box 9475             601 N.W. Loop 410, Suite 600           601 N.W. Loop 410, Suite 600
Minneapolis, MN 55440-9475             San Antonio, TX  78216-5512            San Antonio, TX  78216-5512


United States Attorney General         United States Life Insurance Company   United States Trustee - SA12
Main Justice Bldg., Rm 5111            P.O. Box 387                           US Trustee's Office
10th & Constitution Ave.,N.W.          Farmington, CT 06034-0387              615 E Houston, Suite 533
Washington, D.C 20530-0001                                                    PO Box 1539
                                                                              San Antonio, TX 78295-1539


West Asset                             West Asset Management                  Wffnatlbnk
2703 North Highway 75                  PO Box 790113                          Po Box 94498
Sherman, TX 75090-2567                 St. Louis, MO 63179-0113               Las Vegas, NV 89193-4498
```

| | | |
|---|---|---|
| Jeffrey Rollins Davis<br>Davis Law Firm<br>10500 Heritage Blvd Suite 102<br>San Antonio, TX 78216-3616 | Jeffrey Rollins Davis01<br>Davis Law Firm<br>10500 Heritage Blvd Suite 102<br>San Antonio, TX 78216-3616 | Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd Suite 201<br>San Antonio, TX 78216-3631 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-9617 | Nationstar Mortgage, LLC<br>350 Highland Drive<br>Lewisville, TX 75067 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Darla Shawn Messina<br>415 Devonshire Dr<br>San Antonio, TX 78209-4211 | End of Label Matrix<br>Mailable recipients   62<br>Bypassed recipients    1<br>Total                    63 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 13 Proceedings |
| | § | |
| DARLA SHAWN MESSINA | § | |
| Debtor(s) | § | CASE NO. 12-53905-rbk |

## ORDER GRANTING
## MOTION TO MODIFY IN RESPONSE TO TRUSTEE'S MOTION TO DISMISS
## AND THIRD REQUEST FOR ADDITIONAL ATTORNEY'S FEES

On the date written above, the motion of the above-named Debtor to Modify Debtor's Chapter 13 Plan and Debtor's counsel's request for additional attorney's fees was considered. The Court finds that adequate notice was given to all parties in interest and that no objections or responses were received. The Court further finds that, as modified, Debtor's plan will pay all priority and secured creditors in full and produce a dividend of approximately 100% to unsecured creditors. Further, this modification is not expected to extend the plan beyond sixty months from the date of confirmation. The Court further finds that as of November 2015 there are twenty-eight payments remaining to complete Debtor's plan. After considering the Debtor's motion, the Court finds that the Debtor's motion is well taken and should be granted. Therefore,

**IT IS ORDERED** that the Debtor's plan payments shall increase to $1,118.00 monthly commencing November 2015 for twenty-eight months and that such future plan payments shall cure the Chapter 13 plan payment arrearage that exists as of October 2015.

**IT IS FURTHER ORDERED** that Debtor's plan modification as described in the motion and the Court's findings above is approved and such modified plan shall be the plan going forward.

**IT IS FURTHER ORDERED** that the Law Offices of Joseph W. Shulter be awarded additional attorney's fees in the amount of $750.00 to be paid through the Chapter 13 Plan as an administrative expense in accordance with Local Rules and/or Standing Orders.

###

Prepared by:

LAW OFFICES OF
JOSEPH W. SHULTER, PLLC
900 N.E. Loop 410, Suite D-410
San Antonio, TX 78209
210-344-4040
Fax: 210-822-2685