IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 13 Proceedings |
| | § | |
| DARLA SHAWN MESSINA | § | |
| Debtor(s) | § | Case No. 12-53905-rbk |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**
**(Docket No. 89)**

1. Debtor is now current and denies that grounds exist for the dismissal of the case.

2. Debtor requests the Court deny the Trustee's Motion to Dismiss.

LAW OFFICES OF
JOSEPH W. SHULTER, PLLC
900 N.E. Loop 410, Suite D-200
San Antonio, TX 78209
210-344-4040
Fax: 210-822-2685


By:_____s/_____
JOSEPH W. SHULTER
State Bar No. 18322800
jshulter@sabklaw.com

CERTIFICATE OF SERVICE

On June 17, 2016 a copy of this response was sent to the following listed parties in interest by electronic notification or regular mail.

Darla S. Messina (mail)　　　　　　　　　Mary K. Viegelahn, Trustee (ECF)
415 Devonshire　　　　　　　　　　　　10500 Heritage, Ste. 201
San Antonio, TX 78209　　　　　　　　　San Antonio, TX 78216

U.S. Trustee – WDTX (ECF)
615 E. Houston St., Ste 533
San Antonio, TX 78205　　　　　　　　　_____s/_____
　　　　　　　　　　　　　　　　　　　JOSEPH W. SHULTER