IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: § | | Chapter 13 Proceedings |
| § | | |
| DARLA SHAWN MESSINA § | | |
| § | | |
| Debtor(s) § | | Case No. 12-53905-rbk |

**DEBTOR'S RESPONSE TO**
*TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE*
*(Docket No. 100)*

1. This is Debtor's (so denominated whether individual or joint) Response as above-entitled.

2. Debtor recently started her own court-reporting business as the company with which she contracted for many years ceased doing business. Debtor had an interruption in income due to the change but is now doing well in her own operation. Debtor will be current on plan payments before the hearing on this matter.

3. Therefore, Debtor requests the Court enter an order denying the Trustee's Motion to Dismiss and granting Debtor such other relief as the Court may deem appropriate.

          **LAW OFFICES OF**
          **JOSEPH W. SHULTER, PLLC**
          900 N.E. Loop 410, Suite D-200
          San Antonio, Texas 78209
          210-344-4040/fax 210-822-2685

          By:_____s/_____
             **JOSEPH W. SHULTER**
             State Bar No. 18322800
             jshulter@sabklaw.com

             ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

On August 8, 2017 a copy of this response was sent to the parties listed below by electronic notification or via the United States Mail.

(no additional, see matrix)

_____s/_____
JOSEPH W. SHULTER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 12-53905-rbk<br>Western District of Texas<br>San Antonio<br>Tue Aug  8 19:22:29 CDT 2017 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | Account Services Colls<br>1802 Ne Loop 410 Ste 400<br>San Antonio, TX 78217-5298 |
| Aspire/cb&t<br>Pob 105555<br>Atlanta, GA 30348-5555 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of The West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 |
| Bank of America N.A.<br>Codilis & Stawiarski P.C.<br>ATTN: BANKRUPTCY DEPARTMENT<br>650 North Sam Houston Parkway<br>Suite 450<br>Houston, TX 77060-5908 | Bexar County<br>c/o Don Stecker<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 | Bk Of Amer<br>Attn: Correspondence Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| CMI Credit Mediators<br>P.O. Box 456<br>Upper Darby, PA  19082-0456 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase Mht Bk<br>Attention: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| Conns Credit Corp<br>Box 2358<br>Beaumont, TX 77704-2358 | Darla Shawn Messina<br>415 Devonshire Dr<br>San Antonio, TX 78209-4211 | Davis Law Firm<br>909 N.E. Loop 410, Ste. 100<br>San Antonio, Texas 78209-1315 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Diversified Credit Sys<br>706 Glencrest Lnste A<br>Longview, TX 75601 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Financial Control Svc<br>6801 Sanger Ave Ste 195<br>Waco, TX 76710-7804 |
| First Credit Services, Inc.<br>One Woodbridge Center, Suite 410<br>Woodbridge, NJ 07095-1151 | GEMB / HH Gregg<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | GEMB/ Dillards<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 |
| Gold's Gym International<br>125 E. John Carpenter Freeway #1300<br>Irving, TX 75062-2366 | Higher Educ Svc Corp<br>4381 W Green Oaks Blvd S<br>Arlington, TX 76016-4452 | Internal Revenue Service<br>Special Procedures-Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| J.C. Christensen & Assoc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379-0519 | (p)JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kothmann Pet Hospital<br>1051 Austin Hwy<br>San Antonio, TX 78209-4729 | Leading Edge Recovery Solutions<br>P.O. Box 129<br>Linden MI 48451-0129 | Leading Edge Recovery Solutions, LLC<br>5440 N Cumberland Ave Ste 300<br>Chicago, IL 60656-1486 |
| Methodist Stone Oak Hosp<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| Nelson, Watson & Associates, LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830-5211 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Bureau of Collections, Inc.<br>P.O. Box 628<br>Elk Grove, CA 95759-0628 |
| Rausch, Strum, Isreal, Enerson & Hornik<br>15851 N Dallas Pkwy, Ste 245<br>Addison, TX 75001-6031 | Riley & Riley<br>320 Lexington Ave.<br>San Antonio, TX 78215-1913 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076-9104 |
| San Antonio Credit Uni<br>Attn: Bankruptcy<br>PO Box 1356<br>San Antonio, TX 78295-1356 | San Antonio Credit Union<br>c/o William P. Weaver Jr.<br>512 Heimer Rd.<br>San Antonio, Texas 78232-5108 | San Antonio Federal Credit Union<br>c/o West & West Attorneys<br>2929 Mossrock, Suite 204<br>San Antonio, TX 78230-5116 |
| Sarma Coll<br>1801 Broadway St<br>San Antonio, TX 78215-1227 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |
| Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV  P.O.Box 9475<br>Minneapolis, MN 55440-9475 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 | United States Attorney<br>Vet.Admin./Fed. Housing Admin.<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Attorney General<br>Main Justice Bldg., Rm 5111<br>10th & Constitution Ave.,N.W.<br>Washington, D.C 20530-0001 | United States Life Insurance Company<br>P.O. Box 387<br>Farmington, CT 06034-0387 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| West Asset<br>2703 North Highway 75<br>Sherman, TX 75090-2567 | West Asset Management<br>PO Box 790113<br>St. Louis, MO 63179-0113 | Wffnatlbnk<br>Po Box 94498<br>Las Vegas, NV 89193-4498 |

| | | |
|---|---|---|
| Joseph W. Shulter<br>Law Office of Joseph W. Shulter<br>900 NE Loop 410 Suite D-200<br>San Antonio, TX 78209-1407 | Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd Suite 201<br>San Antonio, TX 78216-3631 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | J.C. Christensen & Associates, Inc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-9617 |
| Nationstar Mortgage, LLC<br>350 Highland Drive<br>Lewisville, TX 75067 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Darla Shawn Messina<br>415 Devonshire Dr<br>San Antonio, TX 78209-4211 | End of Label Matrix<br>Mailable recipients    61<br>Bypassed recipients     1<br>Total                  62 |