IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: § | | Chapter 13 Proceedings |
| § | | |
| DARLA SHAWN MESSINA § | | |
| § | | |
| Debtor(s) § | | CASE NO. 12-53905-rbk |

**DEBTOR'S RESPONSE TO**
***TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE***
**(ECF # 104)**

1. This is Debtor's (so denominated whether individual or joint) Response as above-entitled.

2. Debtor agrees that this plan has run over sixty months and is not subject to modification. Debtor will make a payment sufficient to complete this plan prior to the hearing on this matter.

3. Therefore, Debtor requests the Court enter an order denying the Trustee's Motion to Dismiss and granting Debtor such other relief as the Court may deem appropriate.

        **LAW OFFICES OF**
        **JOSEPH W. SHULTER, PLLC**
        900 N.E. Loop 410, Suite D-200
        San Antonio, Texas 78209
        210-344-4040/fax 210-822-2685


    By:_____s/_____
        **JOSEPH W. SHULTER**
        State Bar No. 18322800
        jshulter@sabklaw.com

        ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

On January 2, 2018 a copy of this response was sent to the parties listed below by electronic notification or via the United States Mail.

(no additional, see matrix)

_____s/_____
JOSEPH W. SHULTER