UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: DARLA SHAWN MESSINA  CASE NO. 12-53905 K
           DEBTOR  CHAPTER 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: SAN ANTONIO FEDERAL CREDIT UNION**

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Interest Paid | Amount Paid |
|---|---|---|---|---|---|
| # 7-1 | 3822 | $5,300.30 | $5,300.30 | $317.96 | $5,618.26 |

Mortgage is Paid:

**Entire debt was paid through the plan.**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 29th day of January 2018.

Darla Shawn Messina
415 Devonshire Dr
San Antonio TX  78209

San Antonio Federal Credit Union
c/o West & West Attorneys
2929 Mossrock # 204
San Antonio TX  78230

Joseph W Shulter
900 NE Loop 410 Suite D-200
San Antonio TX  78209


Date:  January 29, 2018

/S/ Mary K. Viegelahn
_____
Mary K. Viegelahn P42327 (MI)
Chapter 13 Trustee
mviegelahn@sach13.com
10500 Heritage Blvd Ste 201
San Antonio, TX.  78216
(210) 824-1460  fax: (210) 824-1328